IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER ADAM DICKSON, | No. CIV S-10-0355-GEB-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| LARRY SMALL, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is a motion for an extension of time (Doc. 14) to file a response to petitioner's petition. Good cause appearing therefore, the request is granted. The response is due by July 17, 2010. Failure to comply with this order may result in the imposition of appropriate sanctions. See Local Rule 110.

IT IS SO ORDERED.

DATED: June 15, 2010

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1